# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br><br>KYLE LYNN BROWN,<br><br>        Defendant. | CR-22-91-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 19, 2025. (Doc. 49.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 18, 2025 (Doc. 45.) The United States accused Kyle Lynn Brown (Brown) of violating the conditions of his supervised release by: (1) testing positive for methamphetamine

on August 28, 2025; and (2) admitting on August 28, 2025 to consuming alcohol on multiple times over the past week. (Doc. 40.)

At the revocation hearing, Brown admitted that he had violated the conditions of supervised release as set forth in the Petition. (Doc. 45.) Judge Johnston found that violation Brown admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of 2 months with 34 months supervised release to follow with the first sixty-days of Brown's supervised release shall be spent at an in-patient substance abuse facility such as Connections Corrections. Following completion of in- patient treatment, Brown shall be placed at a residential re-entry center for a period of 180 days as directed by his probation officer. (Doc. 49.) The Court advised Brown of his right to appeal and to allocute before the undersigned, he waived those rights. (Doc. 45.)

The violations prove serious and warrant revocation of Brown's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 45) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Kyle Lynn Brown be sentenced for a term of custody of 2 months, with 34 months of supervised release to follow with the first sixty-days of

Brown's supervised release shall be spent at an in-patient substance abuse facility such as Connections Corrections. Following completion of in- patient treatment, Brown shall be placed at a residential re-entry center for a period of 180 days as directed by his probation officer.

DATED this 21st day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts